```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/9/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>MARIA GUTIERREZ,<br><br>　　　　　　　　　　Debtor. | Bankruptcy Case No. 17-12775 (SMB) |
| DAVID BELLON,<br><br>　　　　　　　　　　Movant. | No. 20-CV-5868 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On September 1, 2020, Bankruptcy Judge Bernstein entered a Stipulation and Order Resolving Motion Seeking Disgorgement of Fees, which provides, in relevant part:

> Mr. Bellon shall move to promptly dismiss any and all of his appeals (as necessary by stipulation with the United States Trustee), including:
>
> > a. <u>In re Maria Maria Gutierrez</u>, No. 20-CV-5868-RA (U.S. District Court for the Southern District of New York).

*In re Maria Gutierrez*, Bk. No. 17-12775 (SMB) (Bankr. S.D.N.Y.), Dkt. No. 48. Although over a week has passed since Judge Bernstein entered the Stipulation and Order, Mr. Bellon has not yet filed a notice of voluntary dismissal of this action. He shall do so—or shall file a letter explaining his failure to comply with the Stipulation and Order—no later than September 11, 2020.

SO ORDERED.

Dated:　September 9, 2020
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Ronnie Abrams
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge